Jermone Mitchell
(Name)
480 Alta Rd
(Address)
San Diego, CA 92179
(City, State, Zip)
AL-1076
(CDCR / Booking / BOP No.)

U.S. District Court
Southern District of California
Scanned and Emailed

AUG 31 2018

Pages: 23
Time: 1440
Initials:

**FILED**
Aug 31 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ danieln1   DEPUTY

# United States District Court
## Southern District of California

Jermone Mitchell,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

C/o A. Silva, C/o Silva,
C/o Ramirez, C/o Esquivel,
C/o Galaviz, Sgt Poladian

(Enter full name of each defendant in this action.)

Defendant(s).

**'18CV2044 DMS AGS**
Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Jermone Mitchell (print Plaintiff's name), who presently resides at 480 Alta Rd. Richard J Donovan Prison (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Richard J. Donovan Prison (institution/place where violation occurred) on (dates) July 6th (Count 1), July 7th (Count 2), and July 6th Aug 7th (Count 3).

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **A. Silva** (name) resides in **San Diego** (County of residence), and is employed as a **Correctional Officer** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: ~~He rubbed pepper spray into~~ He working as an Correctional officer the day of July 6th as Security Pat #1.

Defendant **Silva** PSU worker (name) resides in **San Diego** (County of residence), and is employed as a **Correctional** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: watching the holding tanks inside of PSU building where I was held in holding Tank.

Defendant **Galaviz** (name) resides in **San Diego** (County of residence), and is employed as a **Correctional officer** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: He was also working inside of the PSU Building where I was held in holding Tank.

Defendant **Ramirez** (name) resides in **San Diego** (County of residence), and is employed as a **Ramirez Correctional officer** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Working inside of PSU Building where I was held in the holding Tank.

C. **Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Freedom from cruel and unusual Punishment.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

On July 6th At morning yard release as I was exiting building 5 I was approached by Sgt Poladian. He looked at sock and said, "give me what's in your sock." I ran into building 5 and was cut off by other officers. So I turned and I ran back out building 5 I was sprayed by C.O. Melarza in the face and gasped immediately. C.O. Tele jumped on my back. Then Sgt Poladian swung his baton 3 times hitting me in the knee causing my leg to buckle. I submitted. Then officer A. Silva jumped on my back and starting to bend my legs and snatch my shorts off, socks and shoes. He had handcuffed me so tight "I can't breathe and I need my inhaler" gasping. I said. I told him "the handcuffs were cutting into my skin." He ignored me and rubbed my face where the O.C. spray was dripping from my face and rubbed my inner thighs and genitals like he was searching me. He officer A. Silva picked me up, but my leg buckled because of the metal baton strikes. Sgt Poladian said "Bitch you ran from me now we're gonna break all your shit." "I'll put a knife on you We will kill you." Officer A. Silva and Another officer tried to pick me up my leg buckled again, A. Silva got mad and picked me up by my shirt collar and legs choking me. Hogtied style. I was choking and gasping I said I can't breathe your choking me I'm having an Asthma Attack. He dropped me in the rocks and said "You can walk" and made me hop on one leg.

Count 2: The following civil right has been violated: __Right to Medical care__
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

After I was put under the water on July 6th to be "decontaminated" I was put into the holding cage. I immediately tried to ask for my inhaler both officer Silva's would not respond. They deliberate ignored me as I was laying in the cage. I tried and hoarsely screamed "Man down". I begged for my inhaler. Officer Silva that works in PSU and also C.O.'s Ramirez, Galaviz, Esquivel would not budge. They said "sit there and shut up". I was gasping for air. All of the C.O.'s were laughing and saying "Shut your a. P.C. bitch" officer Galaviz was mocking me. Officer Silva told me "Stop asking him for medical attention". I was having a severe Asthma attack I believed I was going to die. I sat in that holding tank for three and a half hours wheezing. I was escorted to Ad-seg and told them that I couldn't breathe. I did not receive an inhaler until I told wrote the psychologist by writing a 7362 concerning the officer sticking his hand in my pants. Three days after the incident I received medical attention thanks to Ms. Barber the psych. I was scared I was going to die and that the C.O.'s would try to finish me off.

Count 3: The following civil right has been violated: __Protected Conduct__
__Greivence filing__ (E.g., right to medical care, access to courts,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

I filed a 602 regarding this conduct of the officers in the hole and I was interviewed by Sgt. Acuyan. I was let out of the hole July 12th. On July 22 I went to Mental health crisis bed. My property has disappeared with my affadavits and declarations. My T.V. was broken by staff. Now they have passed the time constraints of the 2nd level of my 602. I donot have the log number they have lost my property intentionally. Just yesterday I was threatend by Sgt Poladian he said "If you keep trying to file 602's were going to fuck you up, we already broke your your property". I am facing an imminent threat to my well being. I am going to the court because I am left no recourse. August 27th I was threatend by C.O. A. Silva That "if I write Any more 602's I would get my ass beat and disappear"

### D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____
_____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____
_____

(d) Issues raised: _____
_____
_____
_____
_____

(e) Approximate date case was filed: _____.
(f) Approximate date of disposition: _____.

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.]? ☐ Yes ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

because I did file a 602 it went to the second level the time constraint has expired and I have asked for my 602 the staff will not respond, but I do have an log number, but I do not know it. They both held my property with that information. I have been threatend for proceeding with my suit. I was told I would be beaten.

§ 1983 SD Form
(Rev. 8/15)

6

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): _____
_____
_____
_____.

2. Damages in the sum of $ __100,000__.
3. Punitive damages in the sum of $ __50,000__.
4. Other: _____
_____.

### F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

__8-25-18__
Date

_____
Signature of Plaintiff

§ 1983 SD Form
(Rev. 8/15)

7

# CIVIL COVER SHEET (E-FILING FROM CDCR ONLY)

This civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers required by law. This form is authorized by General Order No. 653 dated September 28, 2016, and is approved by the Clerk of the Court. This civil cover sheet is required on all cases filed by plaintiffs housed at institutions participating in the e-filing pilot program described in the General Order.

**I. PLAINTIFF**
*(to be Completed by Plaintiff)*

Jermone Mitchell

☐ Exhibits to follow  ☒

**II. DEFENDANT(S)**
*(to be Completed by Plaintiff)*

A. Silva, C.O. Silva
Ramirez   Esquivel
Galaviz, Sgt Poladian

U.S. District Court
Southern District of California
Scanned and Emailed

AUG 3 1 2018

**III. INSTITUTION BEING E-FILED FROM**
*(To be Completed by CDCR Staff Member)*

CDCR Institution Abbreviation Code: _____

Pages: 23
Time: 1440
Initials: _____

**IV. DATE RECEIVED BY CDCR STAFF MEMBER**
*(to be Completed by CDCR Staff Member)*

RECEIVED BY: C. Lee
(Please SIGN Name)

C. Tiscareno
(Please PRINT Name)

DATE RECEIVED: 8/31/18

**V. IF CIVIL COMPLAINT CANNOT BE E-FILED**
*(to be Completed by CDCR Staff Member)*

☐ This civil complaint, and other initial filing documents authorized by the General Order No. 653 are authorized to be filed through the U.S. mail and accepted by the Clerk of the Court without need to be electronically filed because the digital sender/scanner was down for more than 48 hours. See General Order 653 at 3.

DATED:

_____
(Please SIGN Name)

_____
(Please PRINT Name)

See attached "Instructions for Filing Civil Rights Complaints Under 42 U.S.C. § 1983"

## Declaration

1. I Montrell Hall # AB7148 on July 6th was playing Basketball when I heard
2. the alarm and I saw Jermone Mitchell run from out of building
3. 5 with O.C. spray on his face. Mitchell was tackled by officer Telo. Sgt
4. Poladian hit Mitchell three times in Knees. Mitchell fell and gave
5. up. Sgt. Poladian was yelling "You want to run from me you little bitch
6. I'm going to break all your shit and put a knife on you" We're going to
7. put a case on you. Officer Silva Jumped on Mitchell's back and began
8. stripping off Mitchell's shorts, socks and shoes. Officer Silva intentionally
9. smeared O.C. on Mitchell's thighs aggressively. Officer Silva
10. put the handcuffs of Mitchell tightly. Mitchell said "I can't breathe
11. I need my inhaler. The cuffs too tight (wheezing)" Officer Silva
12. and Another C.O. picked Mitchell up and tried to make Mitchell
13. walk, but Mitchell's leg gave out. They picked him up again Mitchell fell
14. again. Officer Silva got mad and grabbed Mitchell by his shirt
15. choking him and carrying his legs Hogtied style. Mitchell was
16. choking trying to scream "I can't breathe" Officer Silva and
17. the other unknown C.O. Dropped Mitchell on the Rocks. They picked
18. Mitchell up and made him hop on one leg.
19.
20. I declare under penalty or perjury that the foregoing
21. is true and correct. Executed at Richard J. Donovan
22. Prison in San Diego, Ca on August 23, 2018

# Declaration

# F-36246

1. On July 6th, I Micheal Enoch was sitting at the light
2. pole in front of building 5. It was morning yard release. My
3. building had already been released. I heard the alarm and saw
4. Jermone Mitchell run inside of building 5. Right After as
5. he was running out of building 5 he was sprayed in the
6. face with O.C. spray. Mitchell was grabbed and had
7. officer Telo Jump on Mitchell's back. Sgt. Poladian hit Mitchell
8. 3 times with metal baton. Mitchell collapsed gasping and
9. choking. Officer Silva came and jumped on Mitchell's back and
10. cuffed Mitchell too tightly. Mitchell said "I can't breathe
11. I need my inhaler" "These cuffs are too tight". Mitchell was
12. fighting to talk. Officer Silva rubbed O.C. spray off of Mitchells'
13. face into Mitchell thighs. Officer Silva stripped Mitchell of
14. his shorts, socks and shoes. Sgt Poladian was yelling "were
15. gonna break all your shit and we'll put a knife on you." Officer Silva
16. and another officer carried Mitchell by his butt and neck choking
17. him holding Mitchell legs hogtied style because Mitchell could
18. not walk from the three baton hits. Officer Silva and the other
19. officer dropped Mitchell in the rocks two times. Mitchell tried
20. to yell "I can't breath, I need my inhaler". Officer Silva ignored
21. him and continued to carry Mitchell hogtied style with the
22. handcuffs cutting into Mitchells skin. After Mitchell
23. put all his effort to get free they officer Silva and
24. the other officer made Mitchell walk on his badly
25. injured leg.
26. I declare under the penalty of perjury that the foregoing
27. is true and correct. Executed at San Diego, CA. At RJD
28. prison August 23, 2018.

# Declaration

1. On July 6th I O. Curtis #AN-3141 A-5 107 was
2. performing yard crew duties when I saw Jermone Mitchell #AL-1076
3. come out of building 5 for yard release. Sgt Poladian told Mitchell
4. to come to him and Mitchell complied. Sgt. Poladian told Mitchell
5. to give him whatever was in Mitchell's sock. Mitchell ran back into
6. the building. Next thing I know I saw Mitchell ran back out
7. of the building with O.C. spray in his face gasping. Officer
8. Telo then grabbed Mitchell and jumped on Mitchell's back
9. with all of his weight. Sgt Poladian whipped out his nightstick
10. and struck Mitchell 3 times consecutively in the knees. Mitchell's
11. legs collapsed and Mitchell "said All right". Mitchell began
12. gasping and saying he was having an asthma attack. Officer
13. Silva jumped on Mitchell's back and started ripping off Mitchell's
14. clothes and smearing pepper spray on Mitchell's thighs.
15. He already had cuffed Mitchell. Mitchell "screamed" You cuffed me
16. too tight". Officer Silva continued to put Mitchell in the hog tied
17. position. Mitchell says "I need my inhaler". "I can't breathe". Officer Silva
18. tried to pick Mitchell up so that he could walk. Mitchell's
19. leg collapsed and Officer Silva tried to force Mitchell to walk on
20. the leg he was hit in 3 times. Mitchell fell again in the rocks.
21. Officer Silva and another officer grabbed Mitchell by his
22. shirt and feet hog tied choking Mitchell. Mitchell screamed "I can't
23. breathe gasping." "Mitchell weight was dropped on the ground because
24. he weighed to much. Sgt. Poladian said "Were going to break all your
25. shit and put a knife on you." "Bitch we can kill you." Mitchell could
26. not breathe. He was having an asthma attack. Officer Silva and the
27. other C.O. carried Mitchell by his shirt and feet hog tied position
28. Mitchell was gasping for air. Then Mitchell was dropped. They made Mitchell
hobble to the holding Tank.

1. I declare under the penalty of perjury that the
2. forgoing is true and correct Executed at San Diego, CA
3. At RJD Prison on July 21st, 2018
4.
5. D. Curtis #AN-8141

#AT0463

1. I Nicholas Green declare,
2. 
3. That I was coming from my ten'o clock group and
4. I was inside of PSU. I saw Inmate Mitchell #
5. AL-1076 inside of the holding begging for his "inhaler"
6. C.O. Silva that works inside of PSU said "You're
7. not talking to me". C.O's Ramirez, Galaviz, and
8. Esquivel were laughing as if it was funny. Mitchell
9. yelled "man down" at least 3 good times choking
10. and gasping. Mitchell was laying on the ground
11. clearly having an Asthma Attack telling the C.O.'s
12. that "he could not breath". C.O. Ramirez said "Just
13. Shut up and be Quiet". Mitchell was gasping
14. trying to catch his breath. Mitchell "said I
15. need medical attention" in many short gasps. C.O's
16. Ramirez, Galaviz, Esquivel, and Valencia ignored
17. him. Mitchell Screamed "I need my inhaler". The
18. C.O's deliberately ignored him. I smelled the pepper
19. spray and left.
20. 
21. I declare under penalty of perjury that the
22. foregoing is true and correct. Executed at San Diego
23. Ca At Richard J. Donovan on August 15th, 2018
24. 
25. Nicholas Green # AT-0463
26. 
27. 
28.

## California Correctional Health Care Services

### Patient Discharge Instructions

**Name:** MITCHELL, JERMONE ROBERT        **Current Date:** 08/07/18 13:13:15

**DOB:** 07/11/84        **CDCR:** AL1076

**Reason For Visit:** 1:Intermittent asthma; 2:Chronic pain of left knee; 3:Overweight

**Recommendations and arrangements for future care**

**Devices/Equipment:**

  **Knee Braces Permanent** Elastic Knee Brace, Same Day

Provider Comment:

## MEDICATIONS:
During the course of your visit your medication list was updated with the most current information.

## Continue taking these Medications:
**capsaicin 0.025% Cream 60 gm (capsaicin 0.025% topical cream)**
  • *For Chronic pain of left knee:* Take 1 app, on the skin 3 times a day from a nurse as needed for pain
  • Start Date: August 01, 2018
  • Take for: 30 day(s)
**Comments:** *Apply to affected area topically 3 times a day as needed for pain. Wash hands after use. **Request Refill apply to affected area prn pain and wash hands after use*

**hydrocortisone topical 1% Cream 30 gm (hydrocortisone 1% topical cream)**
  • *For Rash:* Take 1 app, on the skin twice a day on your own as needed for rash
  • Start Date: August 03, 2018
  • Take for: 30 day(s)
**Comments:** *Apply to affected area 1 application topically 2 times a day as needed for rash. Request Refills*

**levalbuterol 45 mcg/puff Aerosol 15 gm (Xopenex HFA)**
  • *For Asthma:* Take 2 puff (Total Dose = 90 mcg), by mouth every 6 hours from a nurse as needed for shortness of breath
  • Start Date: August 01, 2018

Person Full Name MITCHELL, JERMONE ROBERT        1 of 9        08/7/2018 13:13:24

CDCR (Encounter Alias) AL1076

# STATE OF CALIFORNIA
## MEDICAL REPORT OF INJURY OR UNUSUAL OCCURRENCE
CDCR 7219 (Rev. 01/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

ASU Preplacement Complete

| Field | Value |
|---|---|
| NAME OF INSTITUTION | RJDCF |
| LOCATION OF EVALUATION | A YARD PSU |
| DATE | 7/10/18 |
| REASON FOR REPORT | ☑ UNUSUAL OCCURRENCE |
| NAME (LAST, FIRST) | MITCHELL JERMONE |
| CDCR NUMBER | AU1076 |
| PERNR / INST. ID # | N/A |
| VISITOR ID # (SOMS) | N/A |
| PLACE OF OCCURRENCE | IN FRONT OF HU-5 |
| DATE OF OCCURRENCE | 7/10/18 |
| TIME OF OCCURRENCE | 0847 |
| TIME SEEN | 0905 |
| RN NOTIFIED TIME | Laquan @ 0912 |
| PHYSICIAN NOTIFIED TIME | N/A |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE:
"I'm having asthma attack"

**INJURIES FOUND?** YES / NO (NO circled)

1. Abrasion/Scratch
2. Active Bleeding
3. Broken Bone
4. Bruise/Discolored Area
5. Burn
6. Dislocation
7. Dried Blood
8. Fresh Tattoo
9. Cut/Laceration/Slash
10. Swollen Area
11. Pain
12. Protrusion
13. Puncture
14. Reddened Area
15. Skin Flap
16. Pre-Existing
17. Other
18. 

I/P refused vitals
No visible injuries found
EX

Chemical Agent Exposure? YES / NO (NO circled)
Chem. Agent Exposure Area: EX
Decontaminated w/ Water? YES / NO / REFUSED
Decontaminated w/ Air? YES / NO / REFUSED
Self-decontamination Instructions given? YES / NO
Staff issued Exposure packet? YES / NO — N/A

Q 15 min. check times:
- Initial: N/A
- 1st Check: N/A
- 2nd Check: N/A
- Final: N/A

TIME/DISPOSITION: Return to custody @ 0910

REPORT COMPLETED BY (TITLE, PRINT AND SIGN): S. Sengsouriya LVN
PERNR / INST. ID #: 91734
RDOs: Sat/Sun
ASSIGNMENT AREA: A Pill Line

POST # VN008
1418900

STATE OF CALIFORNIA
INMATE PROPERTY INVENTORY
CDCR 1083 (Rev. 05/16)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

NAME: MITCHELL   CDCR# BJ4016   INSTITUTION: RJD   DATE: 7-21-18

REASON FOR INVENTORY: TRANS BED   SENT TO: RJD (?)   # OF BOXES: ___   # OF BAGS: 1

### Personal Clothing
- ☐ Athletic Shorts
- ☐ Athletic Supporter
- ☐ Briefs / Boxers
- ☐ Hats and Caps
- ☐ Head Band
- ☐ Rain Coat / Poncho
- ☐ Shoelaces
- ☐ Shower Shoes
- ☐ Slippers / House Shoes
- ☐ Socks
- ☐ Sweat Pants
- ☐ Sweat Shirts
- ☐ Tennis Shoes: _____
- ☐ Thermal Tops
- ☐ Thermal Bottoms
- ☐ Undershirts
- ☐ Wave Caps

### Female Specific
- ☐ Brassieres
- ☐ Pajama / Nightgown
- ☐ Panties
- ☐ Personal Jeans
- ☐ Robe
- ☐ Sandals: _____
- ☐ Scarf
- ☐ Walking Shoes: _____

### Personal Care/Hygiene
- ☐ After Shave
- ☐ Body Powder
- ☐ Comb/Hair Pick
- ☐ Cosmetic / Shave Bag
- ☐ Cotton Swabs
- ☐ Denture Adhesive
- ☐ Denture Cleanser
- ☐ Dental Flossers / Gliders
- ☐ Depilatory's (Magic Shave)
- ☑ Deodorant __1__
- ☐ Face Cream (Noxzema)
- ☐ Conditioner
- ☐ Hair Oil / Grease
- ☐ Hair Ties
- ☐ Insect Repellant
- ☐ Laundry Detergent
- ☐ Laundry Soap Bar
- ☐ Lip Balm
- ☑ Lotions / Baby Oil __1__
- ☐ Medication /Over Counter
- ☐ Mirror
- ☐ Mouth Wash
- ☐ Muscle / Vapor Rub
- ☐ Nail Clipper
- ☐ Palm Brush / Comb
- ☐ Perm Curl / Relax Kit
- ☐ Perm Wave Kit
- ☐ Perm Wave Rods
- ☐ Petroleum Jelly
- ☐ Razors, Disposable
- ☐ Shampoo
- ☐ Shaving Cream / Gel
- ☐ Soap Bars __2__
- ☐ Soap liquid-body wash/dish
- ☐ Sunblock
- ☐ Toothbrush
- ☐ Toothbrush Holder
- ☑ Toothpaste / Powder __1__
- ☐ Wash Cloths

### Female Specific
- ☐ Bath Towel
- ☐ Blush
- ☐ Brush
- ☐ Cotton Balls
- ☐ Douche
- ☐ Emery Board
- ☐ Eyebrow Pencil / Eyeliner
- ☐ Eye Shadow Kit
- ☐ Fabric Softener
- ☐ Facial Astringent
- ☐ Facial Cleanser
- ☐ Feminine Hygiene Wash
- ☐ Foundation
- ☐ Hair Clips / Scrunches
- ☐ Hair Sprays
- ☐ Hair Rollers
- ☐ Lip gloss / Liner / Lipstick
- ☐ Mascara
- ☐ Pumice Stone
- ☐ Shower Bag
- ☐ Shower Cap
- ☐ Shower Puffs / Loofah
- ☐ Tweezers

### Food
- ☐ Artificial Sweetener
- ☐ Beverages
- ☐ Candy: Bags ___ Bars ___
- ☐ Canned Food
- ☐ Cereals
- ☐ Cheese
- ☐ Chips / Taco Shells
- ☐ Cocoa
- ☐ Cookies
- ☐ Coffee
- ☐ Condiments
- ☐ Crackers
- ☐ Creamer
- ☐ Dry Mix Drinks
- ☐ Food Pouches
- ☐ Supplements
- ☐ Meats, Dry
- ☐ Snack Items
- ☐ Nuts
- ☐ Peanut Butter
- ☐ Precooked Foods
- ☐ Protein Supplements
- ☐ Soups / Noodles
- ☐ Tea (Instant or Bags)
- ☐ Vitamins
- ☐ Dried Fruit/Veg (Female)

### Miscellaneous Items
- ☐ Address Book
- ☐ Audio Cassettes
- ☐ Ballpoint Pens
- ☐ Battery Recharger
- ☐ Batteries
- ☐ Books / Magazines / Newspapers
- ☐ Bowl
- ☐ Calendar
- ☐ Can Opener
- ☐ Card Stock / Drawing
- ☐ Chalk / Pastels
- ☐ Clock
- ☐ Combination Lock
- ☐ Compact Discs

- ☑ Correspondence Course
- ☐ Ear Plugs
- ☐ Envelopes
- ☐ Envelopes, Metered
- ☐ Extension Cord
- ☐ Greeting Cards
- ☐ Handkerchiefs/Bandannas
- ☑ Legal Material
- ☐ Legal Pads / Tablets
- ☐ Legal Size Folders Etc.
- ☐ Light Bulb
- ☐ Pencils
- ☐ Pencil Eraser
- ☐ Pencil Sharpener
- ☐ Photos, Loose
- ☐ Photo Albums
- ☐ Reading Glasses
  (Non-prescription - magnifying glasses)
- ☐ Stamps
- ☐ Stationery
- ☐ Sun Glasses
- ☐ Storage Container
- ☐ Tumbler / Cups
- ☐ Wallet

### Female Specific
- ☐ Antenna Wire (CIW only)
- ☐ Clothes Pins
- ☐ Eyeglass Repair Kit
- ☐ Footlocker (CIW only)
- ☐ Hangers
- ☐ Immersion Heater
- ☐ Umbrella (CIW only)

### Games
- ☐ Cards ☐ Checkers ☐ Chess
- ☐ Dominoes ☐ Scrabble
- ☐ Uno (Female Only)

### Religious Items
- ☐ Altar Cloth
- ☐ Head Band Bead
- ☐ Wrist Band bead
- ☐ Choker Bead
- ☐ Beading Materials: _____
- ☐ Bowl/Chalice ___ ☐ Chalk ___
- ☐ Religious Medallion & Chain
  Color: _____ Material: _____
- ☐ Devotional Scapular
- ☐ Dream Catcher
- ☐ Feathers
- ☐ Head Gear ___ ☐ Medicine Bag
- ☐ Miswak ___ ☐ Powders ___
- ☐ Prayer Beads ☐ Prayer Oil ___
- ☐ Prayer / Holy cards / Photos ___
- ☐ Prayer Rug/Mat ☐ Prayer Shawl
- ☐ Rune Tiles ☐ Sea Salt ___
- ☐ Stones ___ ☐ Tallit Katan/Tsitsit
- ☐ Tarot / Rune Cards ☐ Wand
- ☐ Tefillin / Phylacteries _____
- ☐ Herbs: _____

### Registerable Property
- ☐ Audio Entertainment Appliance
  ☐ AM/FM ☐ CD ☐ Cassette
  Make: _____
  S/N: _____
- ☐ Calculator: _____
- ☐ CD Wallet
- ☐ Ear Buds / Headphones
  Make: _____
- ☐ Fan
- ☐ Hair Clipper / Trimmer
  ☐ A/C ☐ Battery
  Make: _____
- ☐ Handicraft: _____
- ☐ Hot Pot: _____
- ☐ Lamp/Book Light
  ☐ A/C ☐ Battery
  Make: _____
- ☐ Musical Instrument: ☐ String
  Make: _____
  S/N: _____
- ☐ Razor / Groomer
  Make: _____
  ☐ A/C ☐ Battery
- ☐ Wedding Ring
  ☐ White Metal ☐ Yellow Metal
  Stones ☐ Yes ☐ No
- ☐ Television: ☐ B&W ☐ Color
  ☐ With CD player ☐ With Radio
  Tested: ☐ Works ☐ Doesn't Work
  Make: _____
  S/N: _____
- ☐ Electronic Tablet
  Make: _____
  S/N: _____
- ☐ MP3
  Make: _____
  S/N: _____
- ☐ Adapter ☐ Coaxial Cable
  ☐ Splitter ☐ Digital Antenna
- ☐ Typewriter
  ☐ Manual ☐ A/C ☐ Battery
  Make: _____
  S/N: _____
- ☐ Watch: ☐ Wrist ☐ Pocket
  Make: _____ Color: _____
- ☐ Battery Charger
  Make: _____

### Female Specific
- ☐ Chain / Necklace / Bracelet
  ☐ White Metal ☐ Yellow Metal
- ☐ Curling / Flat / Straightening Iron
  Make: _____
- ☐ Earrings: _____
- ☐ Hair Dryer
  Make: _____
- ☐ Hair Rollers
  Make: _____
- ☐ Pressing Comb
  Make: _____

### Health Care Appliances
_____

☐ With this signature, I agree that the above listed property is the extent of ALL my property.

Inmate Signature (upon inventory) _____ CDC# _____ Date _____

☐ With this signature, I am receiving the property as marked on this inventory sheet.

Inmate Signature (upon inventory) _____ CDC# _____ Date _____

☐ Property Inventoried by: _____ 7-21-18
Staff Name (Print & Signature) _____ Date

☐ Property Received by: _____
Staff Name (Print & Signature) _____ Date

☐ Property Issued to inmate by: _____
Staff Name (Print & Signature - upon inventory) _____ Date

### Additional Items
_____
_____
_____
_____
_____

DISTRIBUTION - Original R&R, Copies Inventory Officer, Inmate, Retained in Property Being Shipped/Transported

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (Rev. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILI[TATION]

NAME: LAST HERNANDEZ

PAGE 2 of 2

INCIDENT LOG NUMBER: RJD-AYD-18-07-0399

TYPE OF INFORMATION:
☒ CONTINUATION OF REPORT
☐ CLARIFICATION OF REPORT
☐ ADDITIONAL INFORMAT[ION]

NARRATIVE:

fists and arms up at his chest level, ran towards Officer Telo and attempted to strike Officer Telo on his facial area with his fist[s]. Officer Telo was able to subdue Inmate Mitchell by wrapping his arms around Inmate Mitchell's upper body torso area and us[ing] his physical force and body weight he force Inmate Mitchell to the ground, once Inmate Mitchell was on the ground he was shouting obscenities "Mother fucking COs the cuffs area too tight" towards responding staff, finally Inmate Mitchell stopped h[is] aggressions and complied with orders. I observed when responding staff arrived at the incident, handcuffed and escorted Inmate Mitchell to the Facility A MHSDS building without any further incident. That concludes my involvement in this incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

SIGNATURE OF REPORTING STAFF | TITLE: CORRECTIONAL OFFICER | BADGE #/ ID # | DATE: 7/6/2018

NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED: 7/6/18 | CLARIFICATION NEEDED: ☐ YES ☒ NO | APPROVED: ☒ YES ☐ NO | DATE: 7/6/18

DISTRIBUTION: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

**STATE OF CALIFORNIA**
**INMATE PROPERTY INVENTORY**
CDCR 1083 (Rev. 05/16)

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**

Page 1 of 1

NAME: Mitchell  CDCR#: AU076  INSTITUTION: RJD  DATE: 5/02/18

REASON FOR INVENTORY: No 1083  SENT TO: ASU  # OF BOXES: 2  # OF BAGS: ___

(handwritten at top: "No 1083 1/2 ... (TV Brokin Not Iss.)")

### Personal Clothing
- ☐ Athletic Shorts ........ 2
- ☐ Athletic Supporter ....
- ☐ Briefs / Boxers ....... 4
- ☐ Hats and Caps .......
- ☐ Head Band ..........
- ☐ Rain Coat / Poncho ....
- ☐ Shoelaces .........
- ☐ Shower Shoes ...... 1
- ☐ Slippers / House Shoes. .
- ☐ Socks ............. 3
- ☐ Sweat Pants ......... 3
- ☐ Sweat Shirts ........
- ☐ Tennis Shoes: _____
- ☐ Thermal Tops ....... 2
- ☐ Thermal Bottoms ..... 1
- ☐ Undershirts ........
- ☐ Wave Caps ......... 1

### Female Specific
- ☐ Brassieres ........
- ☐ Pajama / Nightgown ....
- ☐ Panties ..........
- ☐ Personal Jeans ......
- ☐ Robe ............
- ☐ Sandals: _____
- ☐ Scarf ...........
- ☐ Walking Shoes: _____

### Personal Care/Hygiene
- ☐ After Shave .........
- ☐ Body Powder ........
- ☐ Comb/Hair Pick ......
- ☐ Cosmetic / Shave Bag. ..
- ☐ Cotton Swabs .......
- ☐ Denture Adhesive ....
- ☐ Denture Cleanser ....
- ☐ Dental Flossers / Gliders.
- ☐ Depilatory's (Magic Shave)
- ☐ Deodorant .........
- ☐ Face Cream (Noxzema).
- ☐ Conditioner ........
- ☐ Hair Oil / Grease .....
- ☐ Hair Ties .........
- ☐ Insect Repellant .....
- ☐ Laundry Detergent ....
- ☐ Laundry Soap Bar ....
- ☐ Lip Balm ..........
- ☐ Lotions / Baby Oil ....
- ☐ Medication /Over Counter
- ☐ Mirror ...........
- ☐ Mouth Wash ........
- ☐ Muscle / Vapor Rub ...
- ☐ Nail Clipper ........
- ☐ Palm Brush / Comb ...
- ☐ Perm Curl / Relax Kit ..
- ☐ Perm Wave Kit .....
- ☐ Perm Wave Rods. ....
- ☐ Petroleum Jelly .....
- ☐ Razors, Disposable ...
- ☐ Shampoo. ........
- ☐ Shaving Cream / Gel ..

### Female Specific
- ☐ Bath Towel ........
- ☐ Blush ...........
- ☐ Brush ...........
- ☐ Cotton Balls .......
- ☐ Douche ..........
- ☐ Emery Board .......
- ☐ Eyebrow Pencil / Eyeliner
- ☐ Eye Shadow Kit.....
- ☐ Fabric Softener .....
- ☐ Facial Astringent ....
- ☐ Facial Cleanser.....
- ☐ Feminine Hygiene Wash
- ☐ Foundation ........
- ☐ Hair Clips / Scrunches.
- ☐ Hair Sprays .......
- ☐ Hair Rollers .......
- ☐ Lip gloss / Liner / Lipstick
- ☐ Mascara ..........
- ☐ Pumice Stone ......
- ☐ Shower Bag .......
- ☐ Shower Cap .......
- ☐ Shower Puffs / Loofah .
- ☐ Tweezers. ........

### Food
- ☐ Artificial Sweetener ....
- ☐ Beverages ........
- ☐ Candy: Bags ____ Bars ____
- ☐ Canned Food ......
- ☐ Cereals ..........
- ☐ Cheese ..........
- ☐ Chips / Taco Shells ....
- ☐ Cocoa ...........
- ☐ Cookies ..........
- ☐ Coffee ...........
- ☐ Condiments. ......
- ☐ Crackers .........
- ☐ Creamer .........
- ☐ Dry Mix Drinks .....
- ☐ Food Pouches ......
- ☐ Supplements ......
- ☐ Meats, Dry ........
- ☐ Snack Items ......
- ☐ Nuts ............
- ☐ Peanut Butter ......
- ☐ Precooked Foods ....
- ☐ Protein Supplements ...
- ☐ Soups / Noodles .....
- ☐ Tea (Instant or Bags) ...
- ☐ Vitamins .........
- ☐ Dried Fruit/Veg (Female)

### Miscellaneous Items
- ☐ Address Book. ......
- ☐ Audio Cassettes. ....
- ☐ Ballpoint Pens. ......
- ☐ Battery Recharger ....
- ☐ Batteries .........
- ☐ Books / Magazines / Newspapers
- ☐ Bowl ...........

- ☐ Correspondence Course ____
- ☐ Ear Plugs .........
- ☐ Envelopes ........
- ☐ Envelopes, Metered ...
- ☐ Extension Cord .....
- ☐ Greeting Cards .....
- ☐ Handkerchiefs/Bandannas
- ☐ Legal Material .....
- ☐ Legal Pads / Tablets ...
- ☐ Legal Size Folders Etc...
- ☑ Light Bulb ........
- ☐ Pencils ..........
- ☐ Pencil Eraser ......
- ☐ Pencil Sharpener. ....
- ☐ Photos, Loose .....
- ☐ Photo Albums......
- ☐ Reading Glasses ....
   (Non-prescription - magnifying glasses)
- ☐ Stamps ..........
- ☐ Stationery ........
- ☐ Sun Glasses ......
- ☐ Storage Container ....
- ☐ Tumbler / Cups .....
- ☐ Wallet ...........

### Female Specific
- ☐ Antenna Wire (CIW only)
- ☐ Clothes Pins ......
- ☐ Eyeglass Repair Kit. ...
- ☐ Footlocker (CIW only) ..
- ☐ Hangers .........
- ☐ Immersion Heater.....
- ☐ Umbrella (CIW only)...

### Games
- ☐ Cards  ☐ Checkers  ☐ Chess
- ☐ Dominoes  ☐ Scrabble
- ☐ Uno (Female Only)

### Religious items
- ☐ Altar Cloth
- ☐ Head Band Bead
- ☐ Wrist Band bead
- ☐ Choker Bead
- ☐ Beading Materials: _____
- ☐ Bowl/Chalice ____ ☐ Chalk ____
- ☐ Religious Medallion & Chain
  Color _____ Material _____
- ☐ Devotional Scapular
- ☐ Dream Catcher
- ☐ Feathers
- ☐ Head Gear ____ ☐ Medicine Bag
- ☐ Miswak ____ ☐ Powders ____
- ☐ Prayer Beads  ☐ Prayer Oil ____
- ☐ Prayer / Holy cards / Photos
- ☐ Prayer Rug/Mat  ☐ Prayer Shawl
- ☐ Rune Tiles  ☐ Sea Salt
- ☐ Stones ____  ☐ Tallit Katan/Tsitsit
- ☐ Tarot / Rune Cards  ☐ Wand
- ☐ Tefillin / Phylacteries _____
- ☐ Herbs: _____

### Registerable Property
- ☐ Audio Entertainment Appliance
  ☐ AM/FM  ☐ CD  ☐ Cassette
  Make: _____
  S/N: _____
- ☐ Calculator: _____
- ☐ CD Wallet
- ☐ Ear Buds / Headphones
  Make: _____
- ☐ Fan: _____
- ☐ Hair Clipper / Trimmer
  ☐ A/C  ☐ Battery
  Make: _____
- ☐ Handicraft: _____
- ☐ Hot Pot: _____
- ☐ Lamp/Book Light
  ☐ A/C  ☐ Battery
  Make: _____
- ☐ Musical Instrument:  ☐ String
  Make: _____
  S/N: _____
- ☐ Razor / Groomer
  Make: _____
  ☐ A/C  ☐ Battery
- ☐ Wedding Ring
  ☐ White Metal  ☐ Yellow Metal
  Stones  ☐ Yes  ☐ No
- ☐ Television:  ☐ B&W  ☐ Color
  ☐ With CD player  ☐ With Radio
  Tested:  ☐ Works  ☐ Doesn't Work
  Make: _____
  S/N: _____
- ☐ Electronic Tablet
  Make: _____
  S/N: _____
- ☐ MP3
  Make: _____
  S/N: _____
- ☐ Adapter  ☐ Coaxial Cable
  ☐ Splitter  ☐ Digital Antenna
- ☐ Typewriter
  ☐ Manual  ☐ A/C  ☐ Battery
  Make: _____
  S/N: _____
- ☐ Watch:  ☐ Wrist  ☐ Pocket
  Make: _____  Color _____
- ☐ Battery Charger
  Make: _____

### Female Specific
- ☐ Chain / Necklace / Bracelet
  ☐ White Metal  ☐ Yellow Metal
- ☐ Curling / Flat / Straightening Iron
  Make: _____
- ☐ Earrings: _____
- ☐ Hair Dryer
  Make: _____
- ☐ Hair Rollers
  Make: _____
- ☐ Pressing Comb
  Make: _____

### Health Care Appliances