UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMONE MITCHELL,<br><br>                Plaintiff,<br><br>v.<br><br>C/O A. SILVA, C/O SILVA, C/O RAMIREZ, C/O ESQUIVEL, C/O GALAVIZ, SGT. POLADIAN,<br><br>                Defendants. | Case No.: 18cv2044 DMS (AGS)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) DENYING MOTION TO DISMISS** |

On August 31, 2018, Plaintiff Jermone Mitchell, a state prisoner proceeding pro se, filed a Complaint Under the Civil Rights Act 42 U.S.C. § 1983. Plaintiff alleges his constitutional rights were violated while he was housed at Richard J. Donovan Correctional Facility.

On January 7, 2019, Defendants A. Galaviz, M. Poladian and A. Silva filed a motion to dismiss Plaintiff's Eighth Amendment claims pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff did not file an opposition to the motion.

On August 7, 2019, Magistrate Judge Andrew G. Schopler issued a Report and Recommendation ("R&R") on the motion, recommending that it be denied. No party has filed objections to the R&R, and the time for doing so has expired.

1       This Court, having reviewed de novo the Magistrate Judge's R&R, adopts the R&R

2   in its entirety and denies Defendants' motion to dismiss.

3       **IT IS SO ORDERED**.

4   Dated:  September 4, 2019

5   

6                    Hon. Dana M. Sabraw
                  United States District Judge